QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
David Eiseman (Bar No. 114758)
Albert P. Bedecarré (Bar No. 148178)
Helen E. Dutton (Bar No. 235558)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700
E-Mail:      davideiseman@quinnemanuel.com
             albedecarre@quinnemanuel.com
             helendutton@quinnemanuel.com

Attorneys for Plaintiff SILICONIX INCORPORATED

KIRKLAND & ELLIS LLP
Brent Caslin (Bar No. 198682)
777 South Figureoa Street
Los Angeles, California 90017-5800
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500
E-Mail:      bcaslin@kirkland.com

KIRKLAND & ELLIS LLP
William A. Streff, Jr.
Paul R. Steadman
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone:   (312) 861-2000
Facsimile:   (312) 861-2200
E-Mail:      wstreff@kirkland.com
             psteadman@kirkland.com

Attorneys for Defendants DENSO INTERNATIONAL AMERICA, INC., TD Scan (U.S.A.), INC., and DENSO CORPORATION

**FILED**

AUG - 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>     Plaintiff,<br><br>v.<br><br>DENSO CORPORATION, a Japanese corporation, DENSO INTERNATIONAL AMERICA, INC., a Delaware corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>     Defendants. | CASE NO. C 05-1507 ~~JCS~~ MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE OF PROCESS, TIME TO RESPOND TO FIRST AMENDED COMPLAINT, AND CONTINUANCE OF CASE MANAGEMENT DATES |

- 1 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 05-1507 JCS

50943/85728.1

K&E 10652024

## STIPULATION

WHEREAS:

A. Plaintiff Siliconix incorporated ("Siliconix") filed its First Amended Complaint for Patent Infringement (the "First Amended Complaint") in this action on June 23, 2005.

B. Siliconix served its Summons and First Amended Complaint on Defendants DENSO INTERNATIONAL AMERICA, Inc. ("DIAM") and TD Scan (U.S.A.), Inc. ("TD Scan") on June 24, 2005.

C. Siliconix has requested that Defendant DENSO CORPORATION ("DENSO") agree to permit its counsel, Kirkland & Ellis LLP, to accept service of Siliconix's Summons and First Amended Complaint so that Siliconix need not effect service through the provisions of the Hague Convention.

D. The parties believe that it will be more efficient for case management purposes to have a single date on which DIAM, TD Scan, and DENSO shall respond to the First Amended Complaint.

E. The parties also believe that it will be more efficient for case management purposes to conduct case management proceedings after DIAM, TD Scan, and DENSO have responded to the First Amended Complaint.

Accordingly, IT IS HEREBY STIPULATED by and between Siliconix on the one hand, and DIAM, TD Scan, and DENSO, on the other hand, through their respective counsel, as follows:

1. Siliconix shall serve its Summons and First Amended Complaint on DENSO by forwarding a copy of the Summons and First Amended Complaint to DENSO's counsel at Kirkland & Ellis LLP. The parties agree that neither the acceptance of the First Amended Complaint by DENSO's counsel nor this Stipulation will be used in any manner to argue or evidence that DENSO is or is not subject to jurisdiction of any Court in the United States.

2. DIAM, TD Scan, and DENSO shall have until and including August 26, 2005 to respond to Siliconix's First Amended Complaint.

3. The parties shall have until and including September 30, 2005 to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan.

4. The parties shall have until and including September 30, 2005 to file a Joint ADR Certification with Stipulation to ADR Process or a Notice of Need for ADR Phone Conference.

5. The parties shall have until and including October 14, 2005 to serve their initial disclosures and to file a Case Management and Rule 26(f) Report.

6. The Case Management Conference shall be held at 1:30 p.m. on October 21, 2005 or such other date after October 21, 2005 that is convenient to the Court.

DATED: July 27, 2005

          QUINN EMANUEL URQUHART
          OLIVER & HEDGES, LLP


          By    /s/ David Eiseman
               David Eiseman
               Attorneys for Plaintiff
               SILICONIX INCORPORATED


DATED: July 27, 2005

          KIRKLAND & ELLIS LLP


          By    /s/ Brent Caslin
               Brent Caslin
               Attorneys for Defendants
               DENSO INTERNATIONAL AMERICA, Inc.,
               TD Scan (U.S.A.), Inc., and DENSO
               CORPORATION

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference shall be held at 4:00 pm on November 7, 2005.

DATED: 8/4, 2005.

The Honorable
United States District Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 05-1507 JCS

50943/85728.1

K&E 10652024