QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
David Eiseman (Bar No. 114758)
Albert P. Bedecarré (Bar No. 148178)
Helen E. Dutton (Bar No. 235558)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700
E-Mail:  davideiseman@quinnemanuel.com
         albedecarre@quinnemanuel.com
         helendutton@quinnemanuel.com

Attorneys for Plaintiff
Siliconix incorporated

**FILED**

AUG 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DENSO CORPORATION, a Japanese corporation, DENSO INTERNATIONAL AMERICA, INC., a Delaware corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>Defendants. | CASE NO. C 05-1507 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DENSO INTERNATIONAL AMERICA, INC.** |

NOTICE IS HEREBY GIVEN that Plaintiff Siliconix incorporated ("Siliconix") voluntarily dismisses, without prejudice, its claims against Defendant Denso International America, Inc. ("DIAM") in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DIAM has not served an answer or motion for summary judgment in this action. In addition, no prior action in any court of the United States or of any state has been based on or included the claims asserted by Siliconix against DIAM in this action. Accordingly, Siliconix dismisses its claims against DIAM in this action as a matter of right, without prejudice, pursuant

1 | to Rule 41(a)(1) of the Federal Rules of Civil Procedure.
2 |     Siliconix's claims against Defendants Denso Corporation and TD Scan (U.S.A.), Inc. in
3 | this action remain pending.
4 |
5 | DATED: August 19, 2005
6 |                               QUINN EMANUEL URQUHART
                                OLIVER & HEDGES, LLP
7 |
8 |
9 |                             By   /s/ David Eiseman
                                  David Eiseman
                                  Attorneys for Plaintiff
10 |                                 Siliconix incorporated

**IT IS SO ORDERED**

8/20/05

U.S. DISTRICT JUDGE