1  QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP
2  David Eiseman (Cal. Bar No. 114758)
   Albert P. Bedecarre (Cal. Bar No. 148178)
3  Helen E. Dutton (Cal. Bar No. 235558)
   50 California Street, 22nd Floor
4  San Francisco, California  94111
   Telephone:  (415) 875-6600
5  Facsimile    (415) 875-6700
   davideiseman@quinnemanuel.com
6  albedecarre@quinnemanuel.com
   helendutton@quinnemanuel.com
7
   Attorneys for Plaintiff
8  SILICONIX INCORPORATED

9  KIRKLAND & ELLIS LLP                       KIRKLAND & ELLIS LLP
   Brent Caslin (Cal. Bar No. 198682)         William A. Streff, Jr. (Ill. Bar No. 2753979)
10 Emily Terrell (Cal. Bar No. 234353)        Paul R. Steadman (*pro hac vice*)
   777 South Figueroa Street, Floor 37        Tomoko Itogo (Cal. Bar No. 207097)
11 Los Angeles, California  90017             200 East Randolph Drive
   Telephone: (213) 680-8400                  Chicago, Illinois 60601-6636
12 Facsimile: (213) 680-8500                  Telephone: (312) 861-2000
   bcaslin@kirkland.com                       Facsimile: (312) 861-2200
13 eterrell@kirkland.com                      wstreff@kirkland.com
                                              psteadman@kirkland.com
14                                            titoga@kirkland.com

15 Attorneys for Defendants DENSO CORPORATION and TD SCAN (U.S.A.), INC.

16
                          UNITED STATE DISTRICT COURT
17
                         NORTHERN DISTRICT OF CALIFORNIA
18
                              SAN FRANCISCO DIVISION
19

20
   SILICONIX INCORPORATED, a Delaware        Case No. C 05-01507 WHA
21 corporation,

22          Plaintiff,                        **STIPULATION AND [PROPOSED]
                                              ORDER CONTINUING THE
23     vs.                                    MEDIATION DEADLINE FOR CASE
                                              NO. C 05-01507 TO MARCH 10, 2006**
24 DENSO CORPORATION, a Japanese
   corporation, and TD SCAN (U.S.A.), INC., a  The Honorable William H. Alsup
25 Michigan corporation,

26          Defendants;

27
   AND RELATED COUNTER-CLAIMS.
28

---

50637/90044.1  | STIPULATION AND [PROPOSED] ORDER RE MEDIATION        Case No. C 05-01507 WHA

1  WHEREAS, pursuant to Judge Patel's October 3, 2005 order addressing ADR issues in this action, Siliconix, DENSO, and TD SCAN are required to engage in a private mediation before January 31, 2006;

WHEREAS counsel for Siliconix, on the one hand, and counsel for DENSO and TD SCAN, on the other, have agreed that the Honorable Layn R. Phillips (retired) will mediate this action;

WHEREAS, lead counsel for DENSO and TD SCAN will be in trial for the first half of December 2005 and lead counsel for Siliconix will be in trial for much of January 2006; and

WHEREAS, Siliconix, DENSO, and TD SCAN have tentatively scheduled the mediation in this action to take place with the Honorable Layn R. Phillips (retired) on February 24, 2006.

Accordingly, IT IS HEREBY STIPULATED by and between Siliconix on the one hand, and DENSO and TD SCAN on the other hand, through their respective counsel, as follows:

1. The parties select as their mediator the Honorable Layn R. Phillips (retired) of Irell & Manella LLP, Newport Beach, California.

2. The deadline for private mediation to take place in this action is, subject to Court approval, extended to March 10, 2006.

Dated: November 1, 2005           QUINN EMANUEL URQUHART
                                    OLIVER & HEDGES, LLP


                                  BY          /s/ David Eiseman

                                  Attorneys for Plaintiff
                                  SILICONIX INCORPORATED


Dated: November 1, 2005           KIRKLAND & ELLIS LLP


                                  BY:         /s/ Brent Caslin

                                  Attorneys for Defendants DENSO
                                  CORPORATION and TD SCAN (U.S.A.) INC.

50637/90044.1      STIPULATION AND [PROPOSED] ORDER RE MEDIATION         Case No. C 05-01507 WHA

1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The mediation in this action must be completed by March 10, 2006. The parties to that mediation, Siliconix, DENSO, and TD SCAN, shall file a status report regarding the mediation five days after the mediation takes place.

Dated: November  2 , 2005

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*