| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | David Eiseman (Cal. Bar No. 114758) |
|   | Albert P. Bedecarre (Cal. Bar No. 148178) |
| 3 | Helen E. Dutton (Cal. Bar No. 235558) |
|   | 50 California Street, 22nd Floor |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 875-6600 |
| 5 | Facsimile  (415) 875-6700 |
|   | davideiseman@quinnemanuel.com |
| 6 | albedecarre@quinnemanuel.com |
|   | helendutton@quinnemanuel.com |
| 7 | |
|   | Attorneys for Plaintiff |
| 8 | SILICONIX INCORPORATED |
| 9 | Pursuant to Civil Local Rule 3.4(a)(1), |
|   | Counsel for all Defendants in all related |
| 10 | cases are identified on the signature page. |

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation, | Case No. C 04-00344 WHA |
| | Case No. C 05-01507 WHA |
| | Case No. C 05-03617 WHA |
| Plaintiff, | |
| | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE DECEMBER 1, 2005 CASE MANAGEMENT CONFERENCE TO DECEMBER 15, 2005** |
| vs. | |
| DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation, | |
| | |
| Defendants; | The Honorable William H. Alsup |
| AND RELATED COUNTER-CLAIMS; | |
| AND RELATED CASES. | |

1  WHEREAS, the Court has related the actions identified in the caption of this Stipulation
2  and, on October 24, 2005, scheduled a Case Management Conference in the above-captioned
3  actions for December 1, 2005 at 11:00 a.m.;
4  WHEREAS lead trial counsel for DENSO and TD SCAN in Case No. C 05-01507 WHA,
5  William Streff and Paul Streadman, will be in trial in the United States District Court for the
6  Central District of Illinois during the week of December 1, 2005, and Brent Caslin, further
7  counsel for DENSO and TD SCAN, is scheduled to be out of the country on December 1, 2005;
8  WHEREAS, counsel for DENSO and TD SCAN, Mr. Streff, Mr. Steadman, and/or Mr.
9  Caslin, will be available to attend a Case Management Conference on December 15, 2005;
10  WHEREAS Chris Scott Graham, lead trial counsel for Defendant Advanced Analogic
11  Technologies, Inc. ("AATI") in Case No. C 04-00344 WHA has agreed to reschedule the Case
12  Management Conference to December 15; and
13  WHEREAS Jack Lever and Peter Chen, lead trial counsel for Defendants Matsushita
14  Electric Industrial Co., Ltd. and Panasonic Corporation of North America (collectively,
15  "Panasonic") in Case No. 05-03617 WHA has agreed to reschedule the Case Management
16  Conference to December 15; and
17  WHEREAS David Eiseman, lead trial counsel for Plaintiff Siliconix incorporated
18  ("Siliconix") in all three related actions has agreed to reschedule the Case Management
19  Conference to December 15.
20  Accordingly, IT IS HEREBY STIPULATED by and between Siliconix, DENSO, TD
21  SCAN, AATI and Panasonic, through their respective counsel, as follows:
22  1.  The Case Management Conference in the above-captioned matters currently set
23  for December 1, 2005 at 11:00 a.m. is, subject to Court approval, continued to December 15,
24  2005 at 11:00 a.m;
25  2.  The Joint Case Management Statement is due fourteen days prior to the Case
26  Management Conference, on December 1, 2005.
27  //
28

1

| | | |
|---|---|---|
| 1 | Dated: November 1, 2005 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | |
| 4 | | BY ____/s/ David Eiseman____ |
| 5 | | Attorneys for Plaintiff SILICONIX INCORPORATED |
| 6 | | |
| 7 | Dated: November 1, 2005 | KIRKLAND & ELLIS LLP |
| 8 | | |
| 9 | | BY: ____/s/ Brent Caslin____ |
| 10 | | Attorneys for Defendants DENSO CORPORATION and TD SCAN (U.S.A.) INC. |
| 11 | | |
| 12 | Dated: November 1, 2005 | DECHERT LLP |
| 13 | | BY: ____/s/ Chris Scott Graham____ |
| 14 | | Attorneys for Defendant Advanced Analogic Technologies, Inc. |
| 15 | | |
| 16 | Dated: November 1, 2005 | MCDERMOTT WILL & EMERY |
| 17 | | |
| 18 | | BY: ____/s/ Peter P. Chen____ |
| 19 | | Attorneys for Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America |
| 20 | | |

21  DEFENSE COUNSEL:

22  DECHERT LLP
23  Chris Scott Graham (Cal. Bar No. 114498)
    1117 California Avenue
24  Palo Alto, California  94304
    Telephone:  (650) 813-4860
25  Facsimile   (650) 813-4848
    chris.scott.graham@dechert.com
26
    Attorneys for Defendant
27  ADVANCED ANALOGIC TECHNOLOGIES, INC.

28

| | |
|---|---|
| 1 | MCDERMOTT WILL & EMERY LLP |
| | Jack Q. Lever (*pro hac vice pending*) |
| 2 | Peter P. Chen (Cal. Bar No. 111426) |
| | Bijal V. Vakil (Cal. Bar No. 192878) |
| 3 | Shamita D. Etienne (Cal. Bar No. 202090) |
| | 3250 Porter Drive |
| 4 | Palo Alto, California 94304 |
| | Telephone: (650) 813-5088 |
| 5 | Facsimile  (659) 813-5100 |
| | pchen@mwe.com |
| 6 | |
| | Attorneys for Defendants |
| 7 | MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD and |
| | PANASONIC CORPORATION OF NORTH AMERICA |
| 8 | |

| | | |
|---|---|---|
| 9 | KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
| | Brent Caslin (Cal. Bar No. 198682) | William A. Streff, Jr. (Ill. Bar No. 2753979) |
| 10 | Emily Terrell (Cal. Bar No. 234353) | Paul R. Steadman (*pro hac vice*) |
| | 777 South Figueroa Street, Floor 37 | Tomoko Itogo (Cal. Bar No. 207097) |
| 11 | Los Angeles, California 90017 | 200 East Randolph Drive |
| | Telephone: (213) 680-8400 | Chicago, Illinois 60601-6636 |
| 12 | Facsimile: (213) 680-8500 | Telephone: (312) 861-2000 |
| | bcaslin@kirkland.com | Facsimile: (312) 861-2200 |
| 13 | eterrell@kirkland.com | wstreff@kirkland.com |
| | | psteadman@kirkland.com |
| 14 | | titoga@kirkland.com |

15 Attorneys for Defendants
DENSO CORPORATION and TD SCAN (U.S.A.), INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference for all three related actions identified in the caption of this Stipulation and Proposed Order is continued to 11:00 a.m. on December 15, 2005. The Joint Case Management Statement is due on December 1, 2005.

Dated: November __2__, 2005

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE