IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>    Defendants.<br>_____ / | No. C 05-01507 WHA<br><br>**TENTATIVE CASE MANAGEMENT ORDER** |

    Appended hereto is a tentative case management order with discovery guidelines. Please be prepared to discuss it at the December 15 hearing.

    **IT IS SO ORDERED.**

Dated: December 8, 2005.

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE