1  QUINN EMANUEL URQUHART OLIVER &
   HEDGES, LLP
2    David Eiseman (Bar No. 114758)
     Albert P. Bedecarré (Bar No. 148178)
3    Helen E. Dutton (Bar No. 235558)
     Carl G. Anderson (Bar No. 239927)
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700
6
   Attorneys for Plaintiff Siliconix incorporated
7
   KIRKLAND & ELLIS LLP
8   Brent Caslin (Cal. Bar No. 198682)
    Emily Terrell (Cal. Bar No. 234353)
9  777 South Figueroa Street, Floor 37
   Los Angeles, California 90017
10 Telephone:    (213) 680-8400
   Facsimile:    (213) 680-8500
11 KIRKLAND & ELLIS LLP
     William A. Streff, Jr. (Ill. Bar No. 2753979)
12   Paul R. Steadman (*pro hac vice*)
     Tomoko Itoga (Cal. Bar No. 207097)
13 200 East Randolph Drive
   Chicago, Illinois 60601-6636
14 Telephone:    (312) 861-2000
   Facsimile:    (312) 861-2200
15
   Attorneys for Defendants DENSO
16 CORPORATION and TD SCAN (U.S.A.), INC.

DECHERT LLP
  Chris Scott Graham (Bar No. 114498)
  Sarah Wager (Bar No. 209277)
1117 California Avenue
Palo Alto, CA 94304
Telephone:    (650) 813-4800
Facsimile:    (650) 813-4848

Attorneys for Defendant Advanced Analogic
Technologies, Inc.

McDERMOTT WILL & EMERY LLP
  Jack Q. Lever (*pro hac vice*)
  Shamita D. Etienne (Bar No. 202090)
  Peter P. Chen (Bar No. 111426)
  Bijal V. Vakil (Bar No. 192878)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    (650) 813-5000
Facsimile:    (650) 813-5100

Attorneys for Defendants Matsushita Electric
Industrial Co., Ltd. and Panasonic Corporation
of North America

17              UNITED STATES DISTRICT COURT
18              NORTHERN DISTRICT OF CALIFORNIA
19              SAN FRANCISCO DIVISION

20 SILICONIX INCORPORATED,              )  CASE NO. C 05-01507 WHA
   a Delaware corporation,              )
21                                      )  **JOINT PROPOSED SCHEDULE FOR**
                 Plaintiff,             )  **CLAIM CONSTRUCTION AND**
22     v.                               )  [PROPOSED] **ORDER REGARDING**
                                        )  **SCHEDULE FOR CLAIM**
23 DENSO CORPORATION, a Japanese        )  **CONSTRUCTION**
   corporation, and TD SCAN (U.S.A.), INC., )
24 a Michigan corporation,              )
                                        )
25              Defendants.             )
                                        )
26 ─────────────────────────────────────)
   AND CONSOLIDATED ACTIONS             )
27 NOS. C 04-00344 WHA AND               )
   C 05-03617 WHA.                      )
28 ─────────────────────────────────────)

Pursuant to this Court's Case Management Order and Consolidation Order of December 15, 2005, Plaintiff Siliconix incorporated ("Siliconix"), Defendants DENSO CORPORATION and TD SCAN (U.S.A.), Inc. (collectively "DENSO"), Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America (collectively "MEI"), and Defendant Advanced Analogic Technologies, Inc. ("AATI") jointly file this Proposed Schedule For Claim Construction and Proposed Order Regarding Schedule For Claim Construction.

The Case Management Order and Consolidation Order sets the technology tutorial for April 19, 2006 and the claim construction hearing for May 5, 2006. In light of these dates the parties propose the following schedule.

| Action To Be Taken | Deadline |
| --- | --- |
| DENSO and MEI to serve Preliminary Invalidity Contentions pursuant to Patent Local Rule 3-3. | 2/10/06† |
| Siliconix, DENSO and MEI to serve and exchange Proposed Terms and Claim Elements for Construction pursuant to Patent Local Rule 4-1. | 2/17/06† |
| Siliconix, DENSO and MEI to serve and exchange Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent Local Rule 4-2. | 2/24/06† |
| Siliconix, DENSO and MEI to file Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule 4-3. | 3/06/06† |
| Completion of claim construction discovery. *See* Patent Local Rule 4-4. | 3/20/06 |
| Siliconix to file and serve Opening Claim Construction Brief pursuant to Patent Local Rule 4-5(a). | 3/31/06 |
| DENSO, MEI and AATI to file and serve Opposition Claim Construction Briefs pursuant to Patent Local Rule 4-5(b). | 4/14/06 |
| Siliconix to file and serve Reply Claim Construction Briefs pursuant to Patent Local Rule 4-5(c). | 4/21/06 |
| Technology tutorial. *See* Case Management Order, ¶4. | 4/19/06 |
| Claim construction hearing. *See* Case Management Order, ¶3. | 5/05/06 |

† Note that in *Siliconix incorporated v. Advanced Analogic Technologies, Inc.*, Case No. C 04-00344 WHA, the parties already have completed these requirements.

| | | |
|---|---|---|
| 1 | DATED: January 5, 2006 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | By /s/ Albert P. Bedecarré |
| 4 | | Albert P. Bedecarré<br>Attorneys for Plaintiff |
| 5 | | Siliconix Incorporated |
| 6 | DATED: January 5, 2006 | KIRKLAND & ELLIS LLP |
| 7 | | |
| 8 | | By /s/ Paul R. Steadman |
| 9 | | Paul R. Steadman<br>Attorneys for Defendants |
| 10 | | DENSO CORPORATION and TD SCAN (U.S.A.), INC. |
| 11 | | |
| 12 | DATED: January 5, 2006 | DECHERT LLP |
| 13 | | |
| 14 | | By /s/ Chris Scott Graham<br>Chris Scott Graham |
| 15 | | Attorneys for Defendant<br>Advanced Analogic Technologies, Inc. |
| 16 | | |
| 17 | DATED: January 5, 2006 | McDERMOTT WILL & EMERY LLP |
| 18 | | |
| 19 | | By /s/ Peter P. Chen<br>Peter P. Chen |
| 20 | | Attorneys for Defendants<br>Matsushita Electric Industrial Co., Ltd. and<br>Panasonic Corporation of North America |

## ORDER REGARDING SCHEDULE FOR CLAIM CONSTRUCTION

Having considered the Joint Proposed Schedule for Claim Construction filed by Plaintiff Siliconix incorporated ("Siliconix"), Defendants DENSO CORPORATION and TD SCAN (U.S.A.), Inc. (collectively "DENSO"), Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America (collectively "MEI"), and Defendant Advanced Analogic Technologies, Inc. ("AATI"), IT IS HEREBY ORDERED THAT:

1. DENSO and MEI shall serve Preliminary Invalidity Contentions pursuant to Patent Local Rule 3-3 by **February 10, 2006**.

2. Siliconix, DENSO and MEI shall serve and exchange Proposed Terms and Claim Elements for Construction pursuant to Patent Local Rule 4-1 by **February 17, 2006**.

3. Siliconix, DENSO and MEI shall serve and exchange Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent Local Rule 4-2 by **February 24, 2006**.

4. Siliconix, DENSO and MEI shall file a Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule 4-3 by **March 6, 2006**.

5. The claim construction discovery cut-off date shall be **March 20, 2006**.

6. Siliconix shall file and serve an Opening Claim Construction Brief pursuant to Patent Local Rule 4-5(a) by **March 31, 2006**.

7. DENSO, MEI and AATI shall file and serve Opposition Claim Construction Briefs pursuant to Patent Local Rule 4-5(b) by **April 14, 2006**.

8. Siliconix shall file and serve Reply Claim Construction Briefs pursuant to Patent Local Rule 4-5(c) by **April 21, 2006**.

Dated: January 6, 2006

The Honorable William H. Alsup
United States District Judge