Chris Scott Graham (State Bar No. 114498)
chris.scott.graham@dechert.com
Sarah Wager (State Bar No. 209277)
sarah.wager@dechert.com
DECHERT LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Attorneys for Defendant and Counter-Claimant
ADVANCED ANALOGIC TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS<br>No. C 04-00344 WHA and<br>No. C 05-03617 WHA | Case No. C 05-01507 WHA<br><br>[PROPOSED] ORDER REGARDING WITHDRAWAL OF GUADALUPE M. GARCIA AS ATTORNEY OF RECORD<br><br>Judge: The Honorable William H. Alsup |

1  Having considered the request of ADVANCED ANALOGIC TECHNOLOGIES, INC.
2  ("AATI") to allow Guadalupe M. Garcia, formerly of Dechert LLP, to withdraw his appearance as
3  counsel of record for AATI in this action,
4      IT IS HEREBY ORDERED that:
5      1.    AATI's request is GRANTED.
6      2.    Guadalupe M. Garcia is relieved as counsel of record for AATI; and
7      3.    The appearances of Dechert LLP and the other attorneys who individually have
8  entered appearances on behalf of AATI shall remain in effect and are not affected by Mr. Garcia's
9  withdrawal.
10 Dated: February 8, 2006

[APPROVED — Judge William H. Alsup, United States District Court, Northern District of California seal]

_____
The Honorable William H. Alsup
United States District Judge

**DECHERT LLP**

[PROPOSED] ORDER REGARDING WITHDRAWAL OF GUADALUPE M. GARCIA AS ATTORNEY OF RECORD; Case No: C 05-01507 WHA

10342355.1.LIT

1