Chris Scott Graham (State Bar No. 114498)
chris.scott.graham@dechert.com
Sarah Wager (State Bar No. 209277)
sarah.wager@dechert.com
DECHERT LLP
1117 California Avenue
Palo Alto, California 94304
Telephone:   (650) 813-4800
Facsimile:   (650) 813-4848

Attorneys for Defendant and Counter-Claimant
ADVANCED ANALOGIC TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation, <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS <br> No. C 04-00344 WHA and <br> No. C 05-03617 WHA | Case No.  C 05-01507 WHA <br><br> [PROPOSED] ORDER REGARDING WITHDRAWAL OF BRYAN J. SINCLAIR AS ATTORNEY OF RECORD <br><br> Judge:  The Honorable William H. Alsup |

Having considered the request of ADVANCED ANALOGIC TECHNOLOGIES, INC. ("AATI") to allow Bryan J. Sinclair, formerly of Dechert LLP, to withdraw his appearance as counsel of record for AATI in this action,

IT IS HEREBY ORDERED that:

1. AATI's request is GRANTED.

2. Bryan J. Sinclair is relieved as counsel of record for AATI; and

3. The appearances of Dechert LLP and the other attorneys who individually have entered appearances on behalf of AATI shall remain in effect and are not affected by Mr. Sinclair's withdrawal.

Dated: February 8, 2006

APPROVED
Judge William H. Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
The Honorable William H. Alsup
United States District Judge