QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Albert P. Bedecarré (Bar No. 148178)
  Diane M. Doolittle (Bar No. 142046)
  Carl G. Anderson (Bar No. 239927)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700
Email: davideiseman@quinnemanuel.com
          albedecarre@quinnemanuel.com
          dianedoolittle@quinnemanuel.com
          carlanderson@quinnemanuel.com

Attorneys for Plaintiff
Siliconix incorporated

ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIMANTS IDENTIFIED ON SIGNATURE PAGE PURSUANT TO CIVIL LOCAL RULE 3-4.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS NOS. C 04-00344 WHA AND C 05-03617 WHA. | CASE NO. C 05-01507 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING SILICONIX'S TIME TO AMEND ITS PATENT LOCAL RULE 3-1 DISCLOSURE IN RESPONSE TO THE COURT'S FEBRUARY 15, 2006 ORDER RE DISPUTE OVER DISCLOSURE UNDER LOCAL PATENT RULES**<br><br>Judge:   The Honorable William H. Alsup |

50943/183638.2

# STIPULATION

WHEREAS:

A. The Court's February 15, 2006 Order Re Dispute Over Disclosure Under Local Patent Rules (the "February 15 Order") provides that Plaintiff Siliconix incorporated ("Siliconix") shall have seven calendar days within which to amend Siliconix's Patent Local Rule 3-1 Disclosure in response to the February 15 Order.

B. Siliconix is reviewing this Court's prior claim construction ruling and prior positions taken by defendants in other actions involving U.S. Patent No. 5,034,785 in an attempt to determine in good faith whether and to what extent Siliconix should amend its Patent Local Rule 3-1 Disclosure in response to the Court's February 15 Order.

C. Given the large amount of information to be reviewed and analyzed, Siliconix has requested that defendants in this action and in the consolidated actions, Defendants DENSO CORPORATION, TD SCAN (U.S.A.), Inc., Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, and Advanced Analogic Technologies, Inc. (collectively "Defendants"), agree to a two week extension of time for Siliconix to amend its Patent Local Rule 3-1 Disclosure and Defendants have agreed to such an extension.

D. The requested extension will not affect any other event or deadline already fixed by Court order.

Accordingly, IT IS HEREBY STIPULATED by and between Siliconix and Defendants, through their respective counsel of record, that Siliconix shall have a two week extension of time, through and including March 8, 2006, to amend Siliconix's Patent Local Rule 3-1 Disclosure in response to the Court's February 15 Order.

DATED: February 21, 2006           QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP


                                   By  /s/  David Eiseman
                                       David Eiseman
                                       Attorneys for Plaintiff
                                       Siliconix incorporated

1 | DATED: February 21, 2006            KIRKLAND & ELLIS, LLP

2

3                                      By /s/ Nick Saros
                                         Nick Saros
4                                        Attorneys for Defendants DENSO
                                         CORPORATION and TD SCAN (U.S.A.), Inc.
5
  | DATED: February 21, 2006            MCDERMOTT WILL & EMERY LLP
6

7
                                       By /s/ Peter Chen
                                         Peter P. Chen
8                                        Attorneys for Defendants Matsushita Electric
                                         Industrial Co., Ltd. and Panasonic Corporation of
9                                        North America

10 | DATED: February 21, 2006            DECHERT LLP

11

12
                                       By /s/ Chris Scott Graham
                                         Chris Scott Graham
13                                       Attorneys for Defendant Advanced Analogic
                                         Technologies, Inc.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

50943/1836368.2

-2-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
CASE NO. C 05-01507 WHA AND CONSOLIDATED ACTIONS

1  ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: February 22_, 2006



_____
The Honorable William H. Alsup
United States District Judge