| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>Brent Caslin (Cal. Bar No. 198682)<br>bcaslin@kirkland.com<br>Nick Saros (Cal. Bar No. 209922)<br>nsaros@kirkland.com<br>Emily Terrell (Cal. Bar No. 234353)<br>eterrell@kirkland.com<br>777 South Figueroa Street, Floor 37<br>Los Angeles, California  90017<br>Telephone:     (213) 680-8400<br>Facsimile:      (213) 680-8500 | |
| KIRKLAND & ELLIS LLP<br>William A. Streff, Jr. (Ill. Bar No. 2753979)<br>wstreff@kirkland.com<br>Paul R. Steadman (*pro hac vice*)<br>psteadman@kirkland.com<br>Tomoko Itoga (Cal. Bar No. 207097)<br>titoga@kirkland.com<br>200 East Randolph Drive<br>Chicago, Illinois 60601-6636<br>Telephone:     (312) 861-2000<br>Facsimile:      (312) 861-2200 | QUINN EMANUEL URQUHART OLIVER<br>   & HEDGES, LLP<br>David Eiseman  (Cal. Bar No. 114758)<br>davideiseman@quinnemanuel.com<br>Albert P. Bedecarré (Cal. Bar No. 148178)<br>albedecarre@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:     (415) 875-6600<br>Facsimile:      (415) 875-6700 |
| Attorneys for Defendants and Counterclaimants<br>DENSO CORPORATION and TD SCAN<br>(U.S.A.), INC. | Attorneys for Plaintiff<br>SILICONIX INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>             Defendants.<br>_____<br><br>AND CONSOLIDATED ACTIONS<br>Nos. C 04-00344 WHA and C 05-03617 WHA. | Case No. C 05-01507 WHA<br><br>**JOINT NOTICE AND [PROPOSED] ORDER REGARDING ADR COMPLIANCE BY DENSO CORPORATION, TD SCAN (U.S.A.), INC., AND SILICONIX IN CASE C 05-01507 WHA**<br><br>The Honorable William H. Alsup |

1   On September 30, 2005, pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, plaintiff
2   Siliconix incorporated and defendants DENSO CORPORATION and TD SCAN (U.S.A.) INC.
3   (collectively "the Parties") elected private mediation as the ADR process for Case No. C 05-01507
4   WHA (then MHP).

5   On October 3, 2005 the Honorable Marilyn H. Patel referred the Parties to private mediation.
6   The Parties subsequently chose to mediate before the Honorable Layn Phillips (retired). The Parties
7   filed a Stipulation with this Court (the Honorable William H. Alsup) on November 1, 2005 regarding
8   the private mediation. On November 2, 2005, this Court approved that stipulation by Order,
9   approving the referral to private mediation and ordering the parties to update this Court regarding
10  settlement five days following the mediation.

11  On December 15, 2005 at the Initial Status Conference before this Court, the Parties again
12  informed this Court that they had elected private mediation and were scheduled to mediate before
13  the Honorable Layn Phillips on February 24, 2006.

14  In January and February, 2006, under the direction of Judge Phillips, the Parties prepared
15  opening mediation briefs and reply mediation briefs in preparation for a February 24, 2006
16  mediation. During this time, the Parties also met several times privately in Japan and the
17  United States to discuss potential settlement of their disputes.

18  On February 23, 2006, the Court referred this case to Magistrate Judge Joseph C. Spero for
19  court administered mediation and settlement discussions.

20  On February 24, 2006, the Parties attended a mediation before Judge Phillips in Orange
21  County, California. Representatives from all Parties, including those from Japan and the
22  San Francisco Bay area, traveled to Judge Phillips' Orange County office for the mediation. The
23  Parties were unable to settle their dispute at the mediation on February 24, 2006.

The Parties believe they have satisfied the Court's ADR requirements and wish to continue settlement discussions privately, as they have done thus far.

Dated:  March 1, 2006                              KIRKLAND & ELLIS LLP


By: /s/ Brent Caslin

Attorney for Defendants and Counterclaimants DENSO CORPORATION and TD SCAN (U.S.A.), Inc.

Dated:  March 1, 2006                              QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


BY: /s/  David Eiseman

Attorneys for Plaintiff SILICONIX INCORPORATED

**[PROPOSED] ORDER REGARDING ADR COMPLIANCE**

The Court finds that the Parties, having already met several times privately to discuss potential settlement, and participated in a private mediation pursuant to orders of this Court, have complied with the local ADR requirements. The reference to Magistrate Judge Spero for mediation and settlement discussions is hereby withdrawn.

IT IS SO ORDERED.



Dated: March 2, 2006

_____
The Honorable William H. Alsup,
United States District Judge