QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Albert P. Bedecarré (Bar No. 148178)
  Diane Doolittle (Bar No. 142046)
  Aaron Monick (Bar No. 233380)
  Carl G. Anderson (Bar No. 239927)
  Emily C. O'Brien (Bar No. 240072)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700
Email: davideiseman@quinnemanuel.com
       albedecarre@quinnemanuel.com
       dianedoolittle@quinnemanuel.com
       aaronmonick@quinnemanuel.com
       carlanderson@quinnemanuel.com
       emilyobrien@quinnemanuel.com

Attorneys for Plaintiff
Siliconix incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>             Plaintiff,<br>    v.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>             Defendants.<br><br>AND CONSOLIDATED ACTIONS NOS. C 04-00344 WHA AND C 05-03617 WHA. | **CASE NOS. C 05-01507 WHA, C 04-00344 WHA AND C 05-03617 WHA**<br><br>[PROPOSED] **ORDER RE: NOTICE OF WITHDRAWAL OF DAVID A. PERLSON, PATRICK C. DOOLITTLE, DEEPAK GUPTA, AND HELEN E. DUTTON AND APPEARANCE OF DIANE M. DOOLITTLE, AARON N. MONICK, CARL G. ANDERSON, AND EMILY C. O'BRIEN**<br><br>**Judge: The Honorable William H. Alsup** |

1  Having considered the request of Plaintiff Siliconix incorporated to allow David A.
2  Perlson, Patrick C. Doolittle, Deepak Gupta, and Helen E. Dutton to withdraw their appearance as
3  counsel of record for Siliconix incorporated in these actions,

4      IT IS HEREBY ORDERED THAT
5      a. Siliconix incorporated's request is GRANTED
6      b. David A. Perlson, Patrick C. Doolittle, Deepak Gupta, and Helen E. Dutton are
7         relieved as counsel of record for Siliconix incorporated; and
8      c. Diane M. Doolittle, Aaron N. Monick, Carl G. Anderson, and Emily C. O'Brien of
9         Quinn Emanuel Urquhart Oliver & Hedges, LLP will now appear as counsel of
10        record for Siliconix incorporated.

12 DATED: March 21, 2006

APPROVED
Judge William H. Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By_____
The Honorable William H. Alsup
United States District Judge

2

[PROPOSED] ORDER RE: NOTICE OF WITHDRAWAL AND ADDITION
IN CASE NOS. C 05-01507 WHA, C 04-00344 WHA, AND C 05-03617 WHA