| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | David Eiseman (Bar No. 114758)<br>Albert P. Bedecarré (Bar No. 148178) |
| 3 | Diane Doolittle (Bar No. 142046)<br>Carl G. Anderson (Bar No. 239927) |
| 4 | Emily O'Brien (Bar No. 240072)<br>50 California Street, 22nd Floor |
| 5 | San Francisco, California 94111<br>Telephone: (415) 875-6600 |
| 6 | Facsimile: (415) 875-6700<br>Email: davideiseman@quinnemanuel.com |
| 7 | albedecarre@quinnemanuel.com<br>dianedoolittle@quinnemanuel.com |
| 8 | carlanderson@quinnemanuel.com<br>emilyobrien@quinnemanuel.com |
| 9 | Attorneys for Plaintiff |
| 10 | Siliconix incorporated |
| 11 | ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIMANTS IDENTIFIED ON SIGNATURE PAGE PURSUANT TO LOCAL RULE 3-4. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>　　　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS NOS. C 04-00344 WHA AND C 05-03617 WHA. | CASE NO. C 05-01507 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITATIONS FOR CLAIM CONSTRUCTION BRIEFS**<br><br>Judge: The Honorable William H. Alsup<br>Date: May 5, 2006<br>Time: 2:00 p.m.<br>Ctrm: Courtroom 9, 19th Floor |

1  Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiff Siliconix incorporated and
2  Defendant Advanced Analogic Technologies, Inc., Defendants DENSO CORPORATION and TD
3  SCAN (U.S.A.), Inc., and Defendants Matsushita Electric Industrial Co., Ltd. and Panasonic
4  Corporation of North America, through their respective counsel of record, hereby stipulate as
5  follows:

6  WHEREAS:

7  A.  By this Court's December 15, 2005 Case Management Order and Consolidation
8  Order, three patent infringement actions brought by Siliconix incorporated have been consolidated
9  for the purpose of discovery, including claim construction on United States Patent No. 5,034,785;

10  B.  Providing claim construction on the patent-at-issue may involve analysis of the
11  respective claims both separately and as a whole, and the patent involves semiconductor
12  technology that may require background explanation before the claim terms can be construed, and
13  in order to easier describe the technology at issue, the parties may include graphics in their claim
14  construction briefs, which will take up additional space in the briefs,

15  ACCORDINGLY, the parties stipulate that the page limitations for certain claim
16  construction briefing be extended as follows:

17  1.  Siliconix's Opening Claim Construction Brief, pursuant to Patent Local
18  Rule 4-5(a), be no more than 30 pages in length;

19  2.  Defendants' Opposition Claim Construction Briefs, pursuant to Patent Local
20  Rule 4-5(b), be no more than 30 pages in length each.

22  DATED: March 30, 2006         QUINN EMANUEL URQUHART
                                  OLIVER & HEDGES, LLP

24                                By   /s/ Albert P. Bedecarré [DRAFT]
25                                     Albert P. Bedecarré
                                       Attorneys for Plaintiff
26                                     Siliconix incorporated

| | | |
|---|---|---|
| 1 | DATED: March 30, 2006 | KIRKLAND & ELLIS LLP |
| 2 | | |
| 3 | | By /s/ Brent Caslin |
| | | Brent Caslin |
| 4 | | Attorneys for Defendants |
| | | DENSO CORPORATION and TD SCAN |
| 5 | | (U.S.A.), INC. |
| 6 | DATED: March 30, 2006 | McDERMOTT WILL & EMERY LLP |
| 7 | | |
| 8 | | By /s/ Peter P. Chen |
| | | Peter P. Chen |
| 9 | | Attorneys for Defendants |
| | | Matsushita Electric Industrial Co., Ltd. and |
| 10 | | Panasonic Corporation of North America |
| 11 | | |
| 12 | DATED: March 30, 2006 | DECHERT LLP |
| 13 | | |
| 14 | | By /s/ Chris Scott Graham |
| | | Chris Scott Graham |
| | | Attorneys for Defendant |
| 15 | | Advanced Analogic Technologies, Inc. |

COUNSEL FOR DEFENDANTS AND COUNTERCLAIMANTS:

KIRKLAND & ELLIS LLP
  Brent Caslin (Cal. Bar No. 198682)
  Emily Terrell (Cal. Bar No. 234353)
777 South Figueroa Street, Floor 37
Los Angeles, California  90017
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500
bcaslin@kirkland.com
eterrell@kirkland.com

KIRKLAND & ELLIS LLP
  William A. Streff, Jr. (Ill. Bar No. 114758)
  Paul R. Steadman (*pro hac vice*)
  Tomoko Itogo (Cal. Bar No. 207097)
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone:     (312) 861-2000
Facsimile:     (312) 861-2200
wstreff@kirkland.com
psteadman@kirkland.com
titoga@kirkland.com

Attorneys for Defendants and Counterclaimants

3

1 | DENSO CORPORATION and TD SCAN (U.S.A.), Inc.

2 | McDERMOTT WILL & EMERY LLP
   Jack Q. Lever (pro hac vice)
3 |   Shamita D. Etienne (Bar No. 202090)
   Peter P. Chen (Cal. Bar No. 111426)
4 |   Bijal V. Vakil (Cal. Bar No. 192878)
3150 Porter Drive
5 | Palo Alto, CA 94304-1212
Telephone:     (650) 813-5000
6 | Facsimile:     (650) 813-5100
jlever@mwe.com
7 | setienne@mwe.com
pchen@mwe.com
8 | bvakil@mwe.com

9 | Attorneys for Defendants and Counterclaimants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America
10 |

DECHERT LLP
11 |   Chris Scott Graham (State Bar No. 114498)
   Justin F. Boyce (State Bar No. 181488)
12 |   Sarah Wager (State Bar No. 209277)
1117 California Avenue
13 | Palo Alto, California 94304
Telephone:     (650) 813-4800
14 | Facsimile:     (650) 813-4848
chris.scott.graham@dechert.com
15 | justin.boyce@dechert.com
sarah.wager@dechert.com
16 |
Attorneys for Defendant and Counterclaimant Advanced Analogic Technologies, Inc.

17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

4

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March __30__, 2006



_____
The Honorable William H. Alsup
United States District Court Judge