QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Albert P. Bedecarré (Bar No. 148178)
  Diane Doolittle (Bar No. 142046)
  Carl G. Anderson (Bar No. 239927)
  Emily C. O'Brien (Bar No. 240072)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700
Email: davideiseman@quinnemanuel.com
          albedecarre@quinnemanuel.com
          dianedoolittle@quinnemanuel.com
          carlanderson@quinnemanuel.com
          emilyobrien@quinnemanuel.com

Attorneys for Plaintiff
Siliconix incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation, | CASE NO. C 05-01507 WHA |
| Plaintiff, | **[PROPOSED] COMMISSION TO TAKE DEPOSITIONS IN JAPAN** |
| v. | |
| DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation, | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS NOS. C 04-00344 WHA AND C 05-03617 WHA. | |

50943/1881479.1

[PROPOSED] COMMISSION TO TAKE DEPOSITIONS IN JAPAN
Case No. C 05-01507 WHA

1   To Any Consul or Vice Consul of the United States of America at Osaka-Kobe, Japan:

2

3   Pursuant to Article 17 of the United States – Japan Consular Convention, you have been
4   duly appointed and you are hereby authorized to preside over the oral depositions of the following
5   witnesses, who will appear voluntarily, beginning on or about June 5, 2006 through June 16, 2006,
6   Saturdays, Sundays and holidays excluded, at the United States Consulate in Osaka-Kobe, Japan:
7   (1) Hiroshi Ishikawa, (2) Shun Murase, (3) Michiyuki Nishimura, (4) Yoshinobu Tao, and
8   (5) Jouji Morimoto.

9   The employer and business address for each of these witnesses is as follows:  for
10  Mr. Ishikawa, Mr. Mursase, Mr. Nishimura, and Mr. Tao: Denso Corporation, 1-1 Showa-Cho,
11  Kariya-shi, Aichi-Ken, 448-8661, Japan; for Mr. Morimoto: Denso Corporation, Kota Plant
12  Administrative Office in Kota.

13  You are further duly appointed and authorized to cause their testimony to be reduced to
14  writing and to cause to have marked any documentary exhibits in connection therewith.  The
15  parties anticipate having the transcripts of the depositions prepared and distributed among the
16  interested parties by the court reporter who will transcribe the depositions.  However, if necessary,
17  you are duly appointed and authorized to cause the depositions to be signed by said witnesses and
18  to annex said deposition testimony to your commission and close the same under your seal and
19  make return thereof to this Court with all convenient speed.

20  Counsel for Plaintiff who may participate in and/or attend said depositions are:  David
21  Eiseman, Albert Bedecarré, Diane Doolittle, Carl Anderson, Emily O'Brien, Aaron Monick,
22  Ayuko Terao, Naomi Okamoto.  Counsel and representatives for Defendants who may participate
23  in and/or attend said depositions are:  Brent Caslin, Paul Steadman, Nick Saros, Chris Almand,
24  Shira Kaplin, Tomoko Itoga, and Atsushi Teraguchi.

25  Court reporters who will transcribe the depositions are from American Realtime Court
26  Reporters in Osaka, Japan.  Translators who may translate the depositions are Bill Lise from New-
27  Tech, Ltd. Patent Translation & Deposition Interpreting in Kawasaki, Japan and Akiko

28

1  Kashiwaya. The videographer who may videotape the depositions is Paul Diserio, from Legal
2  Video Asia in Tokyo, Japan.
3
4  Dated: May 15, 2006

APPROVED
Judge William Alsup

Judge William H. Alsup
United States District Judge

50943/1881479.1

3
[PROPOSED] COMMISSION TO TAKE DEPOSITIONS IN JAPAN
Case No. C 05-01507 WHA