**KIRKLAND & ELLIS LLP**
Brent Caslin (Cal. Bar No. 198682)
bcaslin@kirkland.com
Nick Saros (Cal. Bar No. 209922)
nsaros@kirkland.com
Chris Almand ( (Cal. Bar No. 222755)
calmand@kirkland.com
777 South Figueroa Street
Los Angeles, California 90017
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500

**KIRKLAND & ELLIS LLP**
William A. Streff, Jr. (Ill. Bar No. 2753979)
wstreff@kirkland.com
Paul R. Steadman (*pro hac vice*)
psteadman@kirkland.com
Tomoko Itoga (Cal. Bar No. 207097)
titoga@kirkland.com
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone:   (312) 861-2000
Facsimile:   (312) 861-2200

Attorneys for Defendants and Counterclaimants
DENSO CORPORATION and TD SCAN (U.S.A.), INC.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>Defendants;<br><br>AND RELATED COUNTER-CLAIMS. | Case No. C 05-01507 WHA<br><br>[PROPOSED] ORDER ALLOWING EQUIPMENT INTO THE COURT HOUSE FOR THE MAY 31, 2006 AND JUNE 7, 2006 HEARINGS IN THIS MATTER<br><br>The Honorable William H. Alsup |

# ORDER

PURSUANT TO THE REQUIREMENTS OF THE UNITED STATES MARSHAL, and the Court having found that electronic equipment would be useful for the May 31, 2006 Technology Tutorial, and the June 7, 2006 Claim Construction Hearing, the Court GRANTS that the following equipment shall be allowed into the court house:

- one laptop computer;
- one projector;
- one screen; and
- associated power cords and connectors.

IT IS SO ORDERED.

Dated: May 30, 2006

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

Submitted by: /s/ Nick Saros

Nick Saros
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants DENSO CORPORATION and TD SCAN (U.S.A.) INC.

[PROPOSED] ORDER ALLOWING EQUIPMENT INTO THE COURT HOUSE    Case No. C 05-01507 WHA

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the above-captioned action. My business address is Kirkland & Ellis LLP, 777 South Figueroa Street, Suite 3400, Los Angeles, California 90017.

On May 25, 2006, I served the foregoing document described as **[PROPOSED] ORDER ALLOWING EQUIPMENT INTO THE COURT HOUSE FOR THE MAY 31, 2006 AND JUNE 7, 2006 HEARINGS IN THIS MATTER** on the interested parties in this action as set forth on the attached service list:

☒ **[Electronic Mail]** By sending the document listed above via e-mail as an attachment in 'pdf' format to the persons at the e-mail addresses set forth below.

**Chris Scott Graham, Esq.**
chris.scott.graham@dechert.com
**Justin Boyce, Esq.**
justin.boyce@dechert.com
Dechert, LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone:    650-813-4800
Fax:          650-813-4848

*Attorneys for Advanced Analogic Technologies*

**Peter Chen, Esq.**
pchen@mwe.com
**Bijal V. Vakil, Esq.**
bvakil@mwe.com
McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304
Telephone:    650-813-5088
Fax:          650-813-5100

*Attorneys for Panasonic Corporation of North America*

**David Eiseman, Esq.**
davideiseman@quinnemanuel.com
**Albert P. Bedecarré, Esq.**
albedecarre@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    415-875-6600
Fax:          415-875-6700

*Attorneys for Siliconix, Inc.*

☒ **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed May 25, 2006, at Los Angeles, California.

/s/ Roberta Thomas

2

[PROPOSED] ORDER ALLOWING EQUIPMENT INTO THE COURT HOUSE          Case No. C 05-01507 WHA