| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 |   David Eiseman (Bar No. 114758)<br>  Albert P. Bedecarré (Bar No. 148178) |
| 3 |   Diane Doolittle (Bar No. 142046)<br>  Carl G. Anderson (Bar No. 239927) |
| 4 |   Emily C. O'Brien (Bar No. 240072) |

1  QUINN EMANUEL URQUHART OLIVER &
   HEDGES, LLP
2    David Eiseman (Bar No. 114758)
     Albert P. Bedecarré (Bar No. 148178)
3    Diane Doolittle (Bar No. 142046)
     Carl G. Anderson (Bar No. 239927)
4    Emily C. O'Brien (Bar No. 240072)
   50 California Street, 22nd Floor
5  San Francisco, California 94111
   Telephone:    (415) 875-6600
6  Facsimile:    (415) 875-6700
   Email: davideiseman@quinnemanuel.com
7         albedecarre@quinnemanuel.com
          dianedoolittle@quinnemanuel.com
8         carlanderson@quinnemanuel.com
          emilyobrien@quinnemanuel.com

Attorneys for Plaintiff
Siliconix incorporated.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>                Plaintiff,<br>    v.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>                Defendants.<br><br>AND CONSOLIDATED ACTIONS NOS. C 04-00344 WHA AND C 05-03617 WHA. | CASE NO. C 05-01507 WHA<br><br>[~~PROPOSED~~] **ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM** |

50943/1884136.4

[PROPOSED] ORDER PERMITTING
USE OF EQUIPMENT IN COURTROOM
CASE NO. C 05-01507 WHA

WHEREAS during the technology tutorial scheduled to take place on May 31, 2006 and the claim construction hearing scheduled to take place on June 7, 2006, Plaintiff Siliconix incorporated ("Siliconix") intends to utilize certain audiovisual and electrical equipment to present information to the Court regarding the technology and claim construction issues involved in this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. For purposes of the technology tutorial on May 31, 2006 and the claim construction hearing on June 7, 2006, Siliconix may bring the following equipment and other items into the courtroom:

   (a) VCR and/or laser disc equipment;
   (b) video monitors;
   (c) a projector and a projection screen;
   (d) high resolution ELMO document camera;
   (e) laptop and/or desktop computers;
   (f) control and power devices relating to the above equipment;
   (g) miscellaneous cables, power cords, and peripheral equipment;
   (h) oversized demonstrative exhibits;
   (i) exhibit easels; and
   (j) equipment carts.

2. Beginning at 2:00 p.m. on May 30, 2006 and 2:00 p.m. on June 6, 2006, Siliconix may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the technology tutorial and claim construction hearing at their scheduled times of 9:00 a.m. on May 31, 2006 and 9:00 a.m. on June 7, 2006.

Date: May 30, 2006

_____
The Honorable William Alsup
United States District Judge