| | |
|---|---|
| 1 | KIRKLAND & ELLIS LLP |
| | Brent Caslin (Cal. Bar No. 198682) |
| 2 | bcaslin@kirkland.com |
| | Nick Saros (Cal. Bar No. 209922) |
| 3 | nsaros@kirkland.com |
| | Chris Almand (Cal. Bar No. 222755) |
| 4 | calmand@kirkland.com |
| | 777 South Figueroa Street |
| 5 | Los Angeles, California 90017 |
| | Telephone: (213) 680-8400 |
| 6 | Facsimile: (213) 680-8500 |
| 7 | KIRKLAND & ELLIS LLP |
| | William A. Streff, Jr. (Ill. Bar No. 2753979) |
| 8 | wstreff@kirkland.com |
| | Paul R. Steadman (*pro hac vice*) |
| 9 | psteadman@kirkland.com |
| | Tomoko Itoga (Cal. Bar No. 207097) |
| 10 | titoga@kirkland.com |
| | 200 East Randolph Drive |
| 11 | Chicago, Illinois 60601-6636 |
| | Telephone: (312) 861-2000 |
| 12 | Facsimile: (312) 861-2200 |
| 13 | Attorneys for Defendants and Counterclaimants |
| | DENSO CORPORATION and TD SCAN (U.S.A.), INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation, | Case No. C 05-01507 WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER REGARDING WITHDRAWAL OF EMILY E. TERRELL AS ATTORNEY OF RECORD |
| vs. | |
| DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation, | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS Nos. C 04-00344 WHA and C 05-03617 WHA. | |

[~~PROPOSED~~] ORDER RE TERRELL WITHDRAWAL

C 05-01507 WHA

|     |     |
| --- | --- |
| 1 | Having considered the request of DENSO CORPORATION ("DENSO") and TD SCAN |
| 2 | (U.S.A.), INC. ("TD SCAN") to allow Emily E. Terrell, formerly of Kirkland & Ellis LLP, to |
| 3 | withdraw her appearance as counsel of record for DENSO and TD SCAN in this action, |
| 4 | IT IS HEREBY ORDERED that: |
| 5 | 1. The request is GRANTED; |
| 6 | 2. Emily E. Terrell is relieved as counsel of record for DENSO and TD SCAN; and |
| 7 | 3. The appearances of Kirkland & Ellis LLP and the other attorneys who individually |
| 8 | have entered appearances on behalf of DENSO and TD SCAN shall remain in effect and are not |
| 9 | affected by Ms. Terrell's withdrawal. |

APPROVED
Judge William Alsup

Dated: June 6, 2006

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

Submitted by: /s/ Brent Caslin

Brent Caslin
Nick Saros
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants DENSO
CORPORATION and TD SCAN (U.S.A.) INC.

[PROPOSED] ORDER RE TERRELL WITHDRAWAL -1- C 05-01507 WHA

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the above-captioned action. My business address is Kirkland & Ellis LLP, 777 South Figueroa Street, Suite 3400, Los Angeles, California 90017.

On June 5, 2006, I served the foregoing document described as [PROPOSED] ORDER REGARDING WITHDRAWAL OF EMILY E. TERRELL AS ATTORNEY OF RECORD on the interested parties in this action as set forth on the attached service list:

☒ **[Electronic Mail]** By sending the document listed above via e-mail as an attachment in 'pdf' format to the persons at the e-mail addresses set forth below.

| | |
|---|---|
| **Chris Scott Graham, Esq.**<br>chris.scott.graham@dechert.com<br>**Justin Boyce, Esq.**<br>justin.boyce@dechert.com<br>Dechert, LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: 650-813-4800<br>Fax: 650-813-4848<br><br>*Attorneys for Advanced Analogic Technologies* | **Peter Chen, Esq.**<br>pchen@mwe.com<br>**Bijal V. Vakil, Esq.**<br>bvakil@mwe.com<br>McDermott Will & Emery<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: 650-813-5088<br>Fax: 650-813-5100<br><br>*Attorneys for Panasonic Corporation of North America* |

**David Eiseman, Esq.**
davideiseman@quinnemanuel.com
**Albert P. Bedecarré, Esq.**
albedecarre@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Fax: 415-875-6700

*Attorneys for Siliconix, Inc.*

I declare that I am a member of the bar of this court.

Executed June 5, 2006, at Los Angeles, California.

                                                                    /s/ Diana Atherton