| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | |
| David Eiseman (Cal. Bar No. 114758) | |
| davideiseman@quinnemanuel.com | |
| Albert P. Bedecarre (Cal. Bar No. 148178) | |
| albedecarre@quinnemanuel.com | |
| 50 California Street, 22nd Floor | |
| San Francisco, CA 94111 | |
| Telephone: (415) 875-6600 | |
| Facsimile: (415) 875-6700 | |

Attorneys for Plaintiffs
SILICONIX INCORPORATED

| KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
|---|---|
| Brent Caslin (Cal. Bar No. 198682) | William A. Streff, Jr. (Ill. Bar No. 2753979) |
| bcaslin@kirkland.com | wstreff@kirkland.com |
| Nick Saros (Cal. Bar No. 209922) | Paul R. Steadman (*pro hac vice*) |
| nsaros@kirkland.com | psteadman@kirkland.com |
| Chris Almand (Cal. Bar No. 222755 ) | Tomoko Itoga (Cal. Bar No. 207097) |
| calmand@kirkland.com | titoga@kirkland.com |
| 777 South Figueroa Street, Floor 37 | 200 East Randolph Drive |
| Los Angeles, California 90017 | Chicago, Illinois 60601-6636 |
| Telephone: (213) 680-8400 | Telephone: (312) 861-2000 |
| Facsimile: (213) 680-8500 | Facsimile: (312) 861-2200 |

Attorneys for Defendants and Counterclaimants DENSO
CORPORATION and TD SCAN (U.S.A.), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>  Defendants.<br>_____<br>AND CONSOLIDATED ACTIONS<br>Nos. C 04-00344 WHA and C 05-03617 WHA. | Case No. C 05-01507 WHA<br><br>[~~JOINT PROPOSED~~] **ORDER REGARDING DISCOVERY DISPUTE** |

| | |
|---|---|
| [~~Joint Propos~~ed] Order Re Discovery Dispute | Case No. C 05-01507 WHA |

1    A discovery dispute between Siliconix, inc., DENSO Corporation, and TD Scan (U.S.A.),
2    Inc. was addressed by the Court on June 8, 2006.  The Court, having considered the parties' papers,
3    their arguments, and the evidence relating to the dispute, rules as follows:
4        1.    Siliconix shall produce electronic documents on or before June 16, 2005.
5        2.    Siliconix shall produce its Supplemental Order Paragraph 14 document search
6    disclosure on or before June 16, 2006.  TD Scan shall update its disclosure by the same date.
7        3.    If there is a good faith basis for reopening a deposition due to the late production of
8    documents by Siliconix, at the request of DENSO or TD SCAN, Siliconix must re-produce each
9    deponent under its control or represented by its counsel for further deposition examination as to any
10   new materials produced that are germane to that deponent and must bear the expense of doing so.
11       4.    If, at the close of discovery, DENSO or TD SCAN have a good faith belief that
12   Siliconix's document production is incomplete, they may depose up to five individuals to inquire
13   into Siliconix's document search and production at the expense of Siliconix.

IT IS SO ORDERED.

Dated: June 12, 2006

_____
The Honorable William H. Alsup
United States District Judge

APPROVED
Judge William Alsup

Proposed order jointly submitted by:

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP


By: _____/s/ David Eiseman_____

Attorneys for Plaintiff  SILICONIX
INCORPORATED

KIRKLAND & ELLIS LLP


By: _____/s/ Brent Caslin_____

Attorney for Defendants and Counterclaimants
DENSO CORPORATION and TD SCAN
(U.S.A.), Inc.

[Joint Proposed] Order Re Discovery Dispute      -2-      Case No. C 05-01507 WHA

# **PROOF OF SERVICE**

1

2        I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kirkland & Ellis LLP, 777 South
3    Figueroa Street, Suite 3400, Los Angeles, California 90017.

4        On June 9, 2006, I served the foregoing document(s) described as: **[JOINT PROPOSED] ORDER RE DISCOVERY DISPUTE** on the interested parties in this action by placing true copies
5    thereof enclosed in sealed envelopes addressed as set forth on the attached service list:

6       ☒    **[Electronic Mail]** By sending the document(s) listed above via e-mail as an attachment in 'pdf' format to the person(s) at the e-mail address(es) set forth below.

7

8    **Chris Scott Graham, Esq.**        **Peter Chen, Esq.**
chris.scott.graham@dechert.com        pchen@mwe.com
9    **Justin F. Boyce, Esq.**        **Bijal V. Vakil, Esq.**
justin.boyce@dechert.com        bvakil@mwe.com

10   Dechert, LLP        McDermott Will & Emery
1117 California Avenue        3150 Porter Drive
11   Palo Alto, CA 94304        Palo Alto, CA 94304-1212
Telephone:   650-813-4800        Telephone:   650-813-5088
12   Fax:        650-813-4848        Fax:        650-813-5100

13   *Attorneys for Advanced Analogic*        *Attorneys for Panasonic Corporation of*
*Technologies*        *North America*
14

15   **David Eiseman, Esq.**
davideiseman@quinnemanuel.com
16   **Albert P. Bedecarré, Esq.**
albedecarre@quinnemanuel.com
17   **Diane M. Doolittle, Esq.**
dianedoolittle@quinnemanuel.com
18   **Aaron N. Monick, Esq.**
aaronmonick@quinnemanuel.com
19   **Carl G. Anderson, Esq.**
carlanderson@quinnemanuel.com
20   **Emily C. O'Brien, Esq.**
emilyobrien@quinnemanuel.com
21   Quinn Emanuel Urquhart Oliver
      & Hedges, LLP
22   50 California Street, 22nd Floor
San Francisco, CA 94111
23   Telephone:   415-875-6600
Fax:        415-875-6700
24

25   *Attorneys for Siliconix, Inc.*

26

27

28

---

[Joint Proposed] Order Re Discovery Dispute        -3-       Case No. C 05-01507 WHA

☒ **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed June 9, 2006, at Los Angeles, California.

/s/ MARIO A. AGUILLON JR.

[Joint Proposed] Order Re Discovery Dispute -4- Case No. C 05-01507 WHA