| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  David Eiseman (Bar No. 114758)<br>  Albert P. Bedecarré (Bar No. 148178)<br>  Diane Doolittle (Bar No. 142046)<br>  Carl G. Anderson (Bar No. 239927)<br>  Emily O'Brien (Bar No. 240072)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:   (415) 875-6600<br>Facsimile:    (415) 875-6700<br>Email: davideiseman@quinnemanuel.com<br>         albedecarre@quinnemanuel.com<br>         dianedoolittle@quinnemanuel.com<br>         carlanderson@quinnemanuel.com<br>         emilyobrien@quinnemanuel.com<br><br>Attorneys for Plaintiff<br>Siliconix incorporated | DECHERT LLP<br>  Chris Scott Graham (Bar No. 114498)<br>  Justin F. Boyce (Bar No. 181488)<br>  Sarah Wager (Bar No. 209277)<br>1117 California Avenue<br>Palo Alto, California 94304<br>Telephone:   (650) 813-4800<br>Facsimile:    (650) 813-4848<br>Email: chris.scott.graham@dechert.com<br>         justin.boyce@dechert.com<br>         sarah.wager@dechert.com<br><br>Attorneys for Defendant<br>Advanced Analogic Technologies, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED,<br>a Delaware corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>                    Defendants.<br><br>AND CONSOLIDATED ACTIONS<br>NOS. C 04-00344 WHA AND<br>C 05-03617 WHA. | CASE NO. C 05-01507 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE IN CASE NO. C 04-00344 WHA**<br><br>Judge: The Honorable William H. Alsup |

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL IN CASE NO. C 04-00344 WHA
CASE NO. C 05-01507 WHA AND CONSOLIDATED ACTIONS                                                                                 50943/1913859.1

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 7-12, Plaintiff Siliconix incorporated ("Siliconix") and Defendant Advanced Analogic Technologies, Inc. ("AATI"), through their respective counsel of record, stipulate as follows:

1. All claims in Siliconix's Complaint for Patent Infringement, filed in Case No. C 04-00344 WHA on January 27, 2004, are dismissed with prejudice.

2. All counterclaims in AATI's First Amended Answer to Siliconix's Complaint for Patent Infringement and Counterclaims for Declaratory Relief, filed in Case No. C 04-00344 WHA on February 17, 2004, are dismissed with prejudice.

3. Siliconix and AATI shall bear their own costs and attorneys' fees in connection with their prosecution and defense of the above-referenced claims and counterclaims.

DATED: July 7, 2006    QUINN EMANUEL URQUHART
                         OLIVER & HEDGES, LLP

                       By  /s/ David Eiseman
                          David Eiseman
                          Attorneys for Plaintiff
                          Siliconix incorporated

DATED: July 7, 2006    DECHERT LLP

                       By  /s/ Chris Scott Graham
                          Chris Scott Graham
                          Attorneys for Defendant
                          Advanced Analogic Technologies, Inc.

1  ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3

4  Dated: July  17 , 2006

5

6

7  ———————————————————
   The Honorable William H. Alsup
8  United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL IN CASE NO. C 04-00344 WHA
CASE NO. C 05-01507 WHA AND CONSOLIDATED ACTIONS                               50943/1913859.1