QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
David Eiseman (Cal. Bar No. 114758)
davideiseman@quinnemanuel.com
Albert P. Bedecarre (Cal. Bar No. 148178)
albedecarre@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff
SILICONIX INCORPORATED

| KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
|---|---|
| Brent Caslin (Cal. Bar No. 198682) | William A. Streff, Jr. (Ill. Bar No. 2753979) |
| bcaslin@kirkland.com | wstreff@kirkland.com |
| Nick Saros (Cal. Bar No. 209922) | Paul R. Steadman (*pro hac vice*) |
| nsaros@kirkland.com | psteadman@kirkland.com |
| Chris Almand (Cal. Bar No. 222755 ) | Tomoko Itoga (Cal. Bar No. 207097) |
| calmand@kirkland.com | titoga@kirkland.com |
| 777 South Figueroa Street, Floor 37 | 200 East Randolph Drive |
| Los Angeles, California 90017 | Chicago, Illinois 60601-6636 |
| Telephone: (213) 680-8400 | Telephone: (312) 861-2000 |
| Facsimile: (213) 680-8500 | Facsimile: (312) 861-2200 |

Attorneys for Defendants and Counterclaimants
DENSO CORPORATION and TD SCAN (U.S.A.), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION<br>NOS. C 04-00344 WHA and C 05-03617 WHA. | CASE NO. C 05-01507 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER DETERMINING DAMAGES THROUGH TRIAL** |

**STIPULATION**

WHEREAS, DENSO CORPORATION ("DENSO") and TD SCAN (U.S.A.), INC. ("TD SCAN") assert they are not liable for patent infringement, that the patent at issue in this case is invalid, and all other arguments, claims, and defenses described in their pleadings and other papers in this case remain in force except as expressly set forth herein;

WHEREAS, Siliconix incorporated ("Siliconix") asserts DENSO and TD SCAN are liable for patent infringement, that the patent at issue in this case is valid, and all other arguments, claims, and defenses described in its pleadings and other papers in this case remain in force except as expressly set forth herein;

WHEREAS, because there is not much dispute over the issue of potential damages in this case, Siliconix, TD SCAN, and DENSO have discussed the possibility of stipulating to past damages figures for the purpose of saving the parties and the Court time and money litigating the proper amount of damages that might be awarded to Siliconix for the time period up through the date of trial;

WHEREAS, Siliconix, DENSO, and TD SCAN have agreed to stipulate to the amount of potential damages in this case for the period of time up to and including November 2006 (the anticipated month of the trial of this case);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Siliconix, on the one hand, and DENSO and TD SCAN, on the other hand, through their respective counsel of record, as follows:

1. If liability is found for one or more of the accused MOSFETs listed below, past damages for such liability (until November 30, 2006) shall be, for each MOSFET, as follows:

- If liability is found for the 2SK3271 MOSFET: $120.70 payable to Siliconix by DENSO.
- If liability is found for the 335 MOSFET: $97.00 payable to Siliconix by TD SCAN.
- If liability is found for the 1873 MOSFET: $248.86 payable to Siliconix by TD SCAN.
- If liability is found for the 231 MOSFET: $38.55 payable to Siliconix by TD SCAN.

2. Neither DENSO nor TD SCAN shall be required to pay any money to Siliconix under this agreement, unless DENSO or TD SCAN are found liable for patent infringement and fail to prove a counterclaim or defense.

3. This Stipulation shall have no effect on any parties' claims for, calculations of, or defenses to damages claimed by Siliconix for any period of time after November 30, 2006. This Stipulation shall also have absolutely no effect on any parties' arguments for or against the propriety of an injunction as a remedy in this case.

4. This Stipulation shall not be shown to, or its existence revealed to, the jury.

5. This Stipulation may not be used by any party for any other purpose whatsoever, except to establish the total amount of damages payable in this case in the event liability is established for one or more of the accused MOSFETs identified in this Stipulation.

6. In the unlikely event trial of this matter is rescheduled, the parties shall in good faith re-negotiate the past damages figures in this Stipulation using the same methodology employed to calculate the past figures listed herein for the purpose of causing this Stipulation to cover all time periods up to and including the month of the actual trial date.

Dated: July 14, 2006　　　　　　　　KIRKLAND & ELLIS LLP


By: /s/ Chris Almand

Attorneys for Defendants and Counterclaimants
DENSO CORPORATION and TD SCAN (U.S.A.), INC.

Dated: July 14, 2006　　　　　　　　QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP


By: /s/ Albert P. Bedecarré

Attorneys for Plaintiff and Counterclaim-defendant
SILICONIX INCORPORATED

STIPULATION AND [PROPOSED] ORDER　　　　-3-　　　　CASE NO. C 05-01507 WHA
DETERMINING DAMAGES THROUGH TRIAL

1
2 **<u>ORDER</u>**

3 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

4
5 Dated: July 17, 2006



6
7 _____
The Honorable William H. Alsup
United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [~~PROPOSED~~] ORDER  -4-  CASE NO. C 05-01507 WHA
DETERMINING DAMAGES THROUGH TRIAL

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kirkland & Ellis LLP, 777 South Figueroa Street, Suite 3400, Los Angeles, California 90017.

On July 14, 2006, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER DETERMINING DAMAGES THROUGH TRIAL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as set forth on the attached service list:

☒ **[Electronic Mail]** By sending the document(s) listed above via e-mail as an attachment in 'pdf' format to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| **Chris Scott Graham, Esq.**<br>chris.scott.graham@dechert.com<br>**Justin F. Boyce, Esq.**<br>justin.boyce@dechert.com<br>Dechert, LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Telephone: 650-813-4800<br>Fax: 650-813-4848<br><br>*Attorneys for Advanced Analogic Technologies* | **Peter Chen, Esq.**<br>pchen@mwe.com<br>**Bijal V. Vakil, Esq.**<br>bvakil@mwe.com<br>McDermott Will & Emery<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650-813-5088<br>Fax: 650-813-5100<br><br>*Attorneys for Panasonic Corporation of North America* |

**David Eiseman, Esq.**
davideiseman@quinnemanuel.com
**Albert P. Bedecarré, Esq.**
albedecarre@quinnemanuel.com
**Diane M. Doolittle, Esq.**
dianedoolittle@quinnemanuel.com
**Aaron N. Monick, Esq.**
aaronmonick@quinnemanuel.com
**Carl G. Anderson, Esq.**
carlanderson@quinnemanuel.com
**Emily C. O'Brien, Esq.**
emilyobrien@quinnemanuel.com
Quinn Emanuel Urquhart Oliver
    & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    415-875-6600
Fax:               415-875-6700

*Attorneys for Siliconix, Inc.*

☒ **[Federal]** I declare that I am employed in the office of a member of the bar of this

court at whose direction the service was made.

Executed July 14, 2006, at Los Angeles, California.

/s/ Mario Aguillon

STIPULATION AND [PROPOSED] ORDER DETERMINING DAMAGES THROUGH TRIAL -6- CASE NO. C 05-01507 WHA