QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Albert P. Bedecarré (Bar No. 148178)
  Diane Doolittle (Bar No. 142046)
  Carl G. Anderson (Bar No. 239927)
  Emily C. O'Brien (Bar No. 240072)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700
Email: davideiseman@quinnemanuel.com
         albedecarre@quinnemanuel.com
         dianedoolittle@quinnemanuel.com
         carlanderson@quinnemanuel.com
         emilyobrien@quinnemanuel.com

Attorneys for Plaintiff
Siliconix incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED,<br>a Delaware corporation,<br><br>                    Plaintiff,<br>       v.<br><br>DENSO CORPORATION, a Japanese<br>corporation, and TD SCAN (U.S.A.), INC.,<br>a Michigan corporation,<br><br>                    Defendants.<br><br>AND CONSOLIDATED ACTIONS<br>NOS. C 04-00344 WHA AND<br>C 05-03617 WHA. | CASE NO. C 05-01507 WHA<br><br>**[PROPOSED] COMMISSION TO TAKE<br>DEPOSITIONS IN JAPAN** |

50943/1925870.1

[PROPOSED] COMMISSION TO TAKE DEPOSITIONS IN JAPAN
Case No. C 05-01507 WHA

1  TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA AT
2  OSAKA-KOBE, JAPAN:

3  Pursuant to Article 17 of the United States – Japan Consular Convention, you have been
4  duly appointed and you are hereby authorized to preside over the oral depositions of the following
5  witnesses, who will appear voluntarily, beginning on or about August 22, 2006 through August
6  25, 2006, Saturdays, Sundays and holidays excluded, at the United States Consulate in Osaka-
7  Kobe, Japan: (1) Shuichi Ninomiya, (2) Mikihiro Yamashita, (3) Yukiharu Okamoto, (4) Shin
8  Hosokawa, and (5) Naoki Taniguchi.

9  The employer and business address for each of these witnesses is as follows:  for
10 Mr. Ninomiya, Panasonic AVC Networks Co., Osaka, Japan; for Mr. Yamashita, Matsushita
11 Electrical Works - Hikone Plant, Shiga, Japan; for Mr. Okamoto, Panasonic AVC Networks Co.,
12 Osaka, Japan; for Mr. Hosokawa, Matsushita Electrical Works - Hikone Plant, Shiga, Japan; and
13 for Mr. Taniguchi, Matsushita Electrical Works - Hikone Plant, Shiga, Japan.

14 You are further duly appointed and authorized to cause their testimony to be reduced to
15 writing and to cause to have marked any documentary exhibits in connection therewith.  The
16 parties anticipate having the transcripts of the depositions prepared and distributed among the
17 interested parties by the court reporter who will transcribe the depositions.  However, if necessary,
18 you are duly appointed and authorized to cause the depositions to be signed by said witnesses and
19 to annex said deposition testimony to your commission and close the same under your seal and
20 make return thereof to this Court with all convenient speed.

21 Counsel for Plaintiff who may participate in and/or attend said depositions are:  David
22 Eiseman, Albert Bedecarré, Diane Doolittle, Carl Anderson, Emily O'Brien, Aaron Monick, and
23 Ayuko Terao.  Counsel and representatives for Defendants who may participate in and/or attend
24 said depositions are:  Masato Okuguchi, Chunyang Jin, Jack Lever, Peter Chen, Atsushi
25 Teraguchi, Jimmy Shin, and John Gilmore.

26 The court reporter who may transcribe the depositions is Jane G. LaPorte from American
27 Realtime Court Reporters in Osaka, Japan.  The translator who may translate the depositions is
28 Bill Lise from New-Tech, Ltd. Patent Translation & Deposition Interpreting in Kawasaki, Japan.

50943/1925870.1

2
[PROPOSED] COMMISSION TO TAKE DEPOSITIONS IN JAPAN
Case No. C 05-01507 WHA

1 | The videographers who may videotape the depositions are Paul Diserio and Dean Harrington,
2 | from Legal Video Asia in Tokyo, Japan.

5 | Dated: ___July 31___, 2006

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable William H. Alsup
United States District Judge

50943/1925870.1

3
[~~PROPOSED~~] COMMISSION TO TAKE DEPOSITIONS IN JAPAN
Case No. C 05-01507 WHA