IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DENSO CORPORATION, a Japanese corporation, and TD SCAN (U.S.A.), INC., a Michigan corporation,<br><br>    Defendants.<br>_____/<br>AND CONSOLIDATED ACTIONS NOS. C 04-00344 WHA AND C 05-03617 WHA.<br>_____/ | No. C 05-01507 WHA<br><br>**ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND HEARING FOR SILICONIX'S MOTION FOR LEAVE TO AMEND** |

    Plaintiff Siliconix's motion for leave to amend its complaint is pertinent to resolution of the pending motions for summary judgment brought by defendants, which are scheduled for hearing at 8:00 a.m. on September 21, 2006. In order to hear the motions together, the hearing on the motion for leave to amend will also be set for September 21. Defendants' opposition to plaintiff's motion for leave to amend must be filed by no later than noon on September 7. Plaintiff's reply brief must be filed by no later than noon on September 14. The hearing on all pending motions will take place at 8:00 a.m. on September 21.

    **IT IS SO ORDERED.**

Dated: August 31, 2006

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE