| | |
|---|---|
| QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>  David Eiseman (Bar No. 114758)<br>  Albert P. Bedecarré (Bar No. 148178)<br>  Diane Doolittle (Bar No. 142046)<br>  Carl G. Anderson (Bar No. 239927)<br>  Emily O'Brien (Bar No. 240072)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:   (415) 875-6600<br>Facsimile:    (415) 875-6700<br>Email: davideiseman@quinnemanuel.com<br>          albedecarre@quinnemanuel.com<br>          dianedoolittle@quinnemanuel.com<br>          carlanderson@quinnemanuel.com<br>          emilyobrien@quinnemanuel.com<br><br>Attorneys for Plaintiff<br>Siliconix incorporated | KIRKLAND & ELLIS LLP<br>  Brent Caslin (Bar No. 198682)<br>  Nick Saros (Bar No. 209922)<br>777 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone:   (213) 680-8400<br>Facsimile:    (213) 680-8500<br>Email: bcaslin@kirkland.com<br>          nsaros@kirkland.com<br><br>KIRKLAND & ELLIS LLP<br>  William A. Streff, Jr. (Ill. Bar No. 2753979)<br>  Paul R. Steadman (*pro hac vice*)<br>200 East Randolph Drive<br>Chicago, Illinois 60601-6636<br>Telephone:   (312) 861-2000<br>Facsimile:    (312) 861-2200<br>Email: wstreff@kirkland.com<br>          psteadman@kirkland.com<br><br>Attorneys for Defendants DENSO<br>Corporation and TD SCAN (U.S.A.), Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED,<br>a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>DENSO CORPORATION, a Japanese<br>corporation, and TD SCAN (U.S.A.), INC.,<br>a Michigan corporation,<br><br>                    Defendants.<br>_____<br><br>AND CONSOLIDATED ACTION<br>NO. C 05-03617 WHA.<br>_____ | CASE NO. C 05-01507 WHA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO DISMISS ALL CLAIMS<br>AND COUNTERCLAIMS IN CASE<br>NO. C 05-01507 WHA**<br><br>Judge: The Honorable William H. Alsup |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 7-12, Plaintiff Siliconix incorporated ("Siliconix") on the one hand, and Defendants DENSO CORPORATION ("DENSO") and TD SCAN (U.S.A.), Inc. ("TD SCAN") on the other hand, through their respective counsel of record, stipulate as follows:

1. All claims in Siliconix's First Amended Complaint for Patent Infringement, filed in Case No. 05-01507 WHA on June 23, 2005, are dismissed with prejudice.

2. All counterclaims in DENSO's Answer to Plaintiff's First Amended Complaint for Patent Infringement, Affirmative Defenses, and Counterclaims, filed in Case No. 05-01507 WHA on August 26, 2005, are dismissed without prejudice.

3. All counterclaims in TD SCAN's Answer to Plaintiff's First Amended Complaint for Patent Infringement, Affirmative Defenses, and Counterclaims, filed in Case No. 05-01507 WHA on August 26, 2005, are dismissed without prejudice.

4. Siliconix, DENSO and TD SCAN shall bear their own costs and attorneys' fees in connection with their prosecution and defense of the above-referenced claims and counterclaims.

DATED: September 13, 2006        QUINN EMANUEL URQUHART
                                 OLIVER & HEDGES, LLP


                                 By  /s/ David Eiseman
                                    David Eiseman
                                    Attorneys for Plaintiff
                                    Siliconix incorporated


DATED: September 13, 2006        KIRKLAND & ELLIS LLP


                                 By  /s/ Brent Caslin
                                    Brent Caslin
                                    Attorneys for Defendants
                                    DENSO CORPORATION and TD SCAN
                                    (U.S.A.), Inc.

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 13, 2006



The Honorable William H. Alsup
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NOS. C 05-01507 WHA

50943/1955884.1