| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  David Eiseman (Bar No. 114758)<br>  Albert P. Bedecarré (Bar No. 148178)<br>  Carl G. Anderson (Bar No. 239927)<br>  Emily C. O'Brien (Bar No. 240072)<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone:  (415) 875-6600<br>Facsimile:  (415) 875-6700<br>  davideiseman@quinnemanuel.com<br>  albedecarre@quinnemanuel.com<br>  carlanderson@quinnemanuel.com<br>  emilyobrien@quinnemanuel.com<br><br>Attorneys for Plaintiff<br>Siliconix incorporated | McDERMOTT WILL & EMERY LLP<br>  Peter P. Chen (Bar No. 111426)<br>  Bijal V. Vakil (Bar No. 192878)<br>3150 Porter Drive<br>Palo Alto, California  94304-1212<br>Telephone:  650.813.5000<br>Facsimile:  650.813.5100<br>  pchen@mwe.com<br>  bvakil@mwe.com<br><br>Attorneys for Defendants<br>Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICONIX INCORPORATED,<br>              Plaintiff,<br>       v.<br>DENSO CORPORATION and TD SCAN (U.S.A.), INC.,<br>              Defendant.<br>_____<br>AND CONSOLIDATED ACTION<br>NO. C 05-03617 WHA. | CASE NO. C 05-01507 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO DISMISS ALL CLAIMS AND**<br>**COUNTERCLAIMS WITH PREJUDICE IN**<br>**CASE NO. C 05-03617 WHA**<br><br>Judge: The Honorable William H. Alsup |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 7-12, Plaintiff Siliconix incorporated ("Siliconix") on the one hand, and Defendants Matsushita Electric Industrial Co., Ltd. ("Matsushita") and Panasonic Corporation of North America ("Panasonic") on the other hand, through their respective counsel of record, stipulate as follows:

1. All claims in Siliconix's Complaint for Patent Infringement, filed in Case No. C 05-03617 WHA on September 8, 2005, are dismissed with prejudice.

2. All counterclaims in Matsushita and Panasonic's Answer to Complaint and Counterclaims, filed in Case No. C 05-03617 WHA on November 23, 2005, are dismissed with prejudice.

3. Siliconix, Matsushita, and Panasonic shall bear their own costs and attorneys' fees in connection with their prosecution and defense of the above-referenced claims and counterclaims.

DATED: September 20, 2006         QUINN EMANUEL URQUHART
                                    OLIVER & HEDGES, LLP


                                  By   /s/ David Eiseman
                                    David Eiseman
                                    Attorneys for Plaintiff
                                    Siliconix incorporated.

DATED: September 20, 2006         McDERMOTT WILL & EMERY LLP


                                  By   /s/ Peter P. Chen
                                    Peter P. Chen
                                    Attorneys for Defendants
                                    Matsushita Electric Industrial Co., Ltd. and
                                    Panasonic Corporation of North America

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 21 , 2006

_____
The Honorable William H. Alsup
United States District Court Judge

3

STIPULATION AND [PROPOSED] ORDER TO DISMISS IN CASE NO. C 05-03617 WHA
CASE NO. C 05-01507 WHA

50630/1959166.2